IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED ABD AL AL QADIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1185 (HHK) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| ABD AL-RAHIM HUSSAIN | ) | |
| MOHAMMED AL NASHIRI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1207 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| SHAKHRUKH HAMIDUVA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1221 (CKK) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| MAHBUB RAHMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1223 (JR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |

| | |
|---|---|
| AWAL GUL                        )<br>                                 )<br>         Petitioner,              )<br>                                 )<br>    v.                           )<br>                                 )   Civil Action No. 08-CV-1224 (RMC)<br>GEORGE W. BUSH, et al.,          )<br>         Respondents.            )<br>_____)<br>FNU HAFIZULLAH                   )<br>                                 )<br>         Petitioner,              )<br>                                 )<br>    v.                           )<br>                                 )   Civil Action No. 08-CV-1227 (ESH)<br>GEORGE W. BUSH, et al.,          )<br>         Respondents.            )<br>_____)<br>SALEM AHMED HADI                 )<br>                                 )<br>         Petitioner,              )<br>                                 )<br>    v.                           )<br>                                 )   Civil Action No. 08-CV-1228 (RMC)<br>GEORGE W. BUSH, et al.,          )<br>         Respondents.            )<br>_____)<br>YAKUBI                           )<br>                                 )<br>         Petitioner,              )<br>                                 )<br>    v.                           )<br>                                 )   Civil Action No. 08-CV-1229 (JDB)<br>GEORGE W. BUSH, et al.,          )<br>         Respondents.            )<br>_____)<br> | |

| | |
|---|---|
| KAHLID SAAD MOHAMMED )<br>)<br>  Petitioner, )<br>)<br> v. )<br>)<br>GEORGE W. BUSH, et al., )<br>  Respondents. )<br>_____) | Civil Action No. 08-CV-1230 (RMC) |
| ABDULAH ALHAMIRI )<br>)<br>  Petitioner, )<br>)<br> v. )<br>)<br>GEORGE W. BUSH, et al., )<br>  Respondents. )<br>_____) | Civil Action No. 08-CV-1231 (CKK) |
| MAHMMOUD OMAR MOHAMMED )<br>BIN ATEF )<br>)<br>  Petitioner, )<br>)<br> v. )<br>)<br>GEORGE W. BUSH, et al., )<br>  Respondents. )<br>_____) | Civil Action No. 08-CV-1232 (JR) |
| MANSOOR MUHAMMED ALI QATTAA )<br>)<br>  Petitioner, )<br>)<br> v. )<br>)<br>GEORGE W. BUSH, et al., )<br>  Respondents. )<br>_____) | Civil Action No. 08-CV-1233 (ESH) |

| | | |
|---|---|---|
| AHMED YASLAM SAID KUMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, <u>et al.</u>, | ) | |
| Respondents. | ) | |
| | ) | |
| MUIEEN ADEEN JAMAL ADEEN ABD | ) | |
| AL FUSAL ABD AL SATTAR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1236 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
|    President of the United States, | ) | |
|    *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| HAMOUD ABDULLAH HAMOUD | ) | |
| HASSAN AL WADY | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, <u>et al.</u>, | ) | |
| Respondents. | ) | |
| | ) | |
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, <u>et al.</u>, | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

>SCOTT M. MARCONDA
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 5130
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>(202) 305-0169
>Email: scott.marconda@usdoj.gov

Dated: August 1, 2008                                    Respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>JOHN C. O'QUINN
>Deputy Assistant Attorney General
>
>  /s/ *Scott M. Marconda*
>JOSEPH H. HUNT (D.C. Bar No. 431134)
>VINCENT M. GARVEY (D.C. Bar No. 127191)
>JUDRY L. SUBAR (D.C. Bar No. 347518)
>TERRY M. HENRY
>ANDREW I. WARDEN
>SCOTT M. MARCONDA
>Attorneys
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, DC 20044
>Tel: (202) 305-0169
>Fax: (202) 616-8470
>
>Attorneys for Respondents