UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAFIZULLAH  )<br>  )<br>  Detainee,  )<br>  )   08-CV-1227 (ESH)<br>  *Petitioner*,  )<br>  )<br>  v.  )<br>  )<br>GEORGE W. BUSH, et al.,  )<br>  )<br>  *Respondents*.  )  | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge and Brian Mendelsohn as counsel for Petitioner HAFIZULLAH, ISN 965, in the above-captioned matter.

Counsel for Petitioner certify, pursuant to L. Civ. R. 83.2(g) that they are representing Petitioner without compensation.

This the 12th day of August, 2008.

Respectfully submitted,

/s/ *W. Matthew Dodge*
W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 224371

/s/ *Brian Mendelsohn*
BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 502031

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street, N.W., Suite 1700
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Matthew_Dodge@fd.org