UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAFIZULLAH, )<br>　　Detainee, )<br>　　　　*Petitioner*, )<br>　　v. )<br>GEORGE W. BUSH, et al., )<br>　　　　*Respondents*. ) | 08-CV-1227 (ESH) |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge and Brian Mendelsohn as counsel for Petitioner HAFIZULLAH, ISN 965, in the above-captioned matter.

Counsel for Petitioner certify, pursuant to L. Civ. R. 83.2(g) that they are representing Petitioner without compensation.

This the 12th day of August, 2008.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *W. Matthew Dodge*
　　　　　　　　　　　　　　　　　W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
　　　　　　　　　　　　　　　　　Georgia State Bar No. 224371

　　　　　　　　　　　　　　　　　/s/ *Brian Mendelsohn*
　　　　　　　　　　　　　　　　　BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
　　　　　　　　　　　　　　　　　Georgia State Bar No. 502031

　　　　　　　　　　　　　　　　　FEDERAL DEFENDER PROGRAM, INC.
　　　　　　　　　　　　　　　　　100 Peachtree Street, N.W., Suite 1700
　　　　　　　　　　　　　　　　　Atlanta, Georgia 30303
　　　　　　　　　　　　　　　　　Telephone: (404) 688-7530
　　　　　　　　　　　　　　　　　Facsimile: (404) 688-0768
　　　　　　　　　　　　　　　　　E-mail: Matthew_Dodge@fd.org