UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) ) ) | Misc. No. 08-MC-442 (TFH)  Civil Action No. 08-CV-1227 |

## STATUS REPORT

The petitioner, HAFIZULLAH, by and through undersigned counsel, hereby responds to the Court's order of August 15, 2008, with this status report. Counsel will not repeat the information provided by respondents in their status report. *See* Docket No. 7.

1. Counsel recently filed entries of appearance in this case.

2. Counsel will soon file an amended habeas petition in this Court. In its status report in this case, the government criticizes the form of the original next-friend petition filed on Mr. Hafizullah's behalf by a fellow (now former) Guantanamo prisoner. The government claims that Mr. Hafizullah lacks standing because he himself has not yet "signed or verified" the petition and his next-friend, Mr. Al Hajj, did not set forth an adequate explanation in the original petition as to why Mr. Hafizullah himself was unable to submit a petition. This argument is now moot. Counsel will soon meet with Mr. Hafizullah and seek authorization for the petition, as the Court has already required. *See* Docket No. 5 at 2.

3. Counsel has not yet communicated directly with Mr. Hafizullah. Counsel will soon apply for permission from the Department of Defense to travel to Guantanamo Bay to visit with Mr. Hafizullah, but that trip has not yet been approved.

4.      Counsel moves this Court to issue an order requiring the respondents to provide petitioner with at least 30-days advance notice of transfer from Guantanamo Bay, Cuba.

Dated this the 22d day of August, 2008.

Respectfully submitted,

/s/ *W. Matthew Dodge*
W. MATTHEW DODGE
Georgia State Bar No. 224371

/s/ *Brian Mendelsohn*
BRIAN MENDELSOHN
Georgia State Bar No. 502031

FEDERAL DEFENDER'S PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Matthew_Dodge@fd.org